1 | Peter A. Lindstrom, State Bar #:191635
Law Office of Peter A. Lindstrom
2 | 1631 Willow Street, Suite 100
San Jose, CA 95125
3 | Telephone: (408) 264-9822
Facsimile: (408) 266-1859
4
Attorney for Plaintiff
5 | ANGELA DE LONG

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 | ANGELA DE LONG,                    )    Case No. CV11-06388 LHK
                                       )
12 |                    Plaintiff,     )    **ORDER FOR EXTENSIONS
                                       )    OF TIME TO FILE
13 | v.                                )    PLEADINGS RE:
                                       )    MOTION TO DISMISS**
14 | BANK OF AMERICA, N.A.,            )
     POLYMATHIC PROPERTIES, INC.,      )    Date:  5/3/2012
15 | and DOES 1 to 100, inclusive,     )    Time:  9:00 a.m.
                      Defendants.      )    Dept.: 5
16                                     )    Judge: Hon. Lucy H. Koh
                                       )
17 | _____)

18        THE COURT FINDS THAT PLAINTIFF ANGELA DE LONG filed a First Amended

19 Complaint on January 11, 2012. DEFENDANT BANK OF AMERICA filed a Motion to

20 Dismiss the First Amended Complaint on January 30, 2012, with the hearing date set for May 3,

21 2012, responses due by 2/13/12 and replies due 2/21/12.

22        GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION AND

23 AGREEMENT OF THE PARTIES, IT IS HEREBY ORDERED THAT:

24        1.     Plaintiff ANGELA DE LONG shall have a one-week extension within which to

25 file her Opposition to the Motion to Dismiss, from February 13, 2012 to February 20, 2012.

26        2.     Defendant BANK OF AMERICA, N.A., shall have a one-week extension within

27 which to file its Reply, from February 21, 2012 to February 28, 2012.

28

ORDER FOR EXTENSIONS OF TIME
TO FILE PLEADINGS RE: MOTION TO DISMISS        1

1      3.    The pending motion to dismiss shall remain on calendar on May 3, 2012.

Dated: February 9, 2012

*Lucy H. Koh*
JUDGE OF THE U.S. DISTRICT COURT

ORDER FOR EXTENSIONS OF TIME
TO FILE PLEADINGS RE: MOTION TO DISMISS    2