Peter A. Lindstrom, State Bar #:191635
Law Office of Peter A. Lindstrom
1631 Willow Street, Suite 100
San Jose, CA 95125
Telephone: (408) 264-9822
Facsimile: (408) 266-1859

Attorney for Plaintiff
ANGELA DE LONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ANGELA DE LONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br>POLYMATHIC PROPERTIES, INC.,<br>and DOES 1 to 100, inclusive,<br>　　　　　Defendants.<br>_____ | Case No. CV11-06388 LHK<br><br>**ORDER FOR EXTENSIONS<br>OF TIME TO FILE<br>PLEADINGS RE:<br>MOTION TO DISMISS**<br><br>Date:　5/3/2012<br>Time:　9:00 a.m.<br>Dept.:　5<br>Judge:　Hon. Lucy H. Koh |

　　　THE COURT FINDS THAT PLAINTIFF ANGELA DE LONG filed a First Amended Complaint on January 11, 2012. DEFENDANT BANK OF AMERICA filed a Motion to Dismiss the First Amended Complaint on January 30, 2012, with the hearing date set for May 3, 2012, responses due by 2/13/12 and replies due 2/21/12.

　　　GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION AND AGREEMENT OF THE PARTIES, IT IS HEREBY ORDERED THAT:

　　　1.　　Plaintiff ANGELA DE LONG shall have a one-week extension within which to file her Opposition to the Motion to Dismiss, from February 13, 2012 to February 20, 2012.

　　　2.　　Defendant BANK OF AMERICA, N.A., shall have a one-week extension within which to file its Reply, from February 21, 2012 to February 28, 2012.

1     3.     The pending motion to dismiss shall remain on calendar on May 3, 2012.

Dated:   February 9, 2012            _Lucy H. Koh_____
                                                 JUDGE OF THE U.S. DISTRICT COURT