Charles B. Wood III, SBN 163146
**MATTICE LAW OFFICES**
547 Jefferson Street, Suite A
Fairfield, California 94533
(707) 429-2222

Attorney for Plaintiff,
POLYMATHIC PROPERTIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DE LONG,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br>POLYMATHIC PROPERTIES, INC.<br>AND DOES 1 TO 100, inclusive.<br><br>        Defendants.<br>_____ | NO. CV11-06388<br><br>**CHARLES B. WOOD, ATTORNEY FOR POLYMATHIC PROPERTIES, INC'S REQUEST FOR COURT CALL TELEPHONIC APPEARANCE AT THE HEARING ON BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER GRANTING REQUEST.**<br><br>Hearing Date: May 3, 2012<br>Time: 1:30 p.m.<br>Dept.: 5<br>Judge. Hon. Lucy H. Koh |

    Charles Wood, counsel for Polymathic Properties, Inc., respectfully requests that this Court approve Polymathic Properties' request to appear by Court Call and grant an order allowing a Court Call Appearance for the hearing scheduled for May 3, 2012 at 1:30 p.m. in Department 5 of the San Jose branch of the above-captioned court.

Dated: April 19, 2012                  Respectfully submitted,

                                          MATTICE LAW OFFICES

                                          ___/s/_____
                                          CHARLES B. WOOD III
                                          Attorney for Plaintiff POLYMATHIC
                                          PROPERTIES, INC.

# [~~PROPOSED~~] ORDER GRANTING REQUEST

The Court having read and considered the above, makes the following Order:

**IT IS HEREBY ORDERED** that Charles Wood may appear in this case on May 3, 2012 at 1:30 p.m. via Court Call.

Dated: 4/19 , 2012

*Lucy H. Koh*
HON. LUCY H. KOH
JUDGE OF THE U.S. DISTRICT COURT