1  Charles B. Wood III, SBN 163146
   **MATTICE LAW OFFICES**
2  547 Jefferson Street, Suite A
   Fairfield, California 94533
3  (707) 429-2222

4  Attorney for Plaintiff,
   POLYMATHIC PROPERTIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DE LONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.<br>POLYMATHIC PROPERTIES, INC.<br>AND DOES 1 TO 100, inclusive.<br><br>　　　　Defendants.<br>_____ | NO. CV11-06388<br><br>**CHARLES B. WOOD, ATTORNEY FOR POLYMATHIC PROPERTIES, INC'S REQUEST FOR COURT CALL TELEPHONIC APPEARANCE AT THE HEARING ON BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER GRANTING REQUEST.**<br><br>Hearing Date: May 3, 2012<br>Time: 1:30 p.m.<br>Dept.: 5<br>Judge. Hon. Lucy H. Koh |

　　　Charles Wood, counsel for Polymathic Properties, Inc., respectfully requests that this Court approve Polymathic Properties' request to appear by Court Call and grant an order allowing a Court Call Appearance for the hearing scheduled for May 3, 2012 at 1:30 p.m. in Department 5 of the San Jose branch of the above-captioned court.

Dated: April 19, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MATTICE LAW OFFICES

　　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　　CHARLES B. WOOD III
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff POLYMATHIC
　　　　　　　　　　　　　　　　　　　　PROPERTIES, INC.

1

**[PROPOSED] ORDER GRANTING REQUEST**

2

The Court having read and considered the above, makes the following Order:

3

**IT IS HEREBY ORDERED** that Charles Wood may appear in this case on May 3, 2012

4

at 1:30 p.m. via Court Call.

5

6

Dated: _____4/19_____, 2012

7

*Lucy H. Koh*
HON. LUCY H. KOH
JUDGE OF THE U.S. DISTRICT COURT

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28